**United States District Court**
For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6   PACIFIC COAST FEDERATION OF                No. C 02-2006  SBA
    FISHERMAN'S ASSOCIATIONS, et
7   al.,                                       **ORDER**

8              Plaintiffs,                      [Docket No. 442]

9   YUROK TRIBE, et al.,

10             Intervenors,

11    v.

12  UNITED STATES BUREAU OF
    RECLAMATION, et. al.,
13
               Defendants,
14
          and
15
    KLAMATH WATER USERS
16  ASSOCIATION,

17             Defendant-Intervenors.

18  _____

19

20       This matter comes before the Court on Plaintiffs' Motion for Leave to File a Sur-Reply in

21  Support of Plaintiffs' Motion for Injunction Following Remand ("Motion to File a Sur-Reply") [Docket

22  No. 442].  Plaintiffs' Motion to File a Sur-Reply is opposed by defendants U.S. Bureau of Reclamation

23  and National Marine Fisheries Service (collectively referred to herein as the "Federal Defendants")

24  [Docket No. 446].  In Plaintiffs' Motion to File Sur-Reply, Plaintiffs request leave to file a short, three-

25  page sur-reply to the Federal Defendants' March 1, 2006 reply brief in order to ensure that the issues

26  associated with Plaintiffs' Motion for Injunction are as clear as possible.  Defendants oppose Plaintiffs'

27  request on the grounds that a sur-reply is unnecessary and unwarranted since Defendants did not raise

28  any "new" arguments in their reply brief.  Defendants concede, however, that the decision to allow

**United States District Court**
For the Northern District of California

1   supplemental briefing is within the Court's discretion.

2           Having read and considered the arguments presented by the parties in the papers submitted to

3   the Court, and given the importance of the issues before the Court, and the Ninth Circuit's mandate, the

4   Court finds that it would benefit from consideration of Plaintiffs' proposed sur-reply.  Plaintiffs'

5   proposed sur-reply is short and concise and is intended only to provide further clarity with regard to the

6   issues before the Court.  However, the Court also agrees with Defendants that Plaintiffs' arguments

7   concerning chinook salmon are irrelevant.  As such, although the Court will consider the proposed sur-

8   reply, it will disregard the following sections of the sur-reply: (1) page 2, lines 15 through 28; (2) page

9   3, lines 1 through 6; (3) Exhibit 1; and (4) Exhibit 2.

10          Accordingly,

11          IT IS HEREBY ORDERED THAT the Plaintiffs' Motion for Leave to File a Sur-Reply in

12  Support of Plaintiffs' Motion for Injunction Following Remand [Docket No. 442] is GRANTED.

13  Plaintiffs' sur-reply, which is attached as Exhibit A to Plaintiffs' Motion for Leave to File a Sur-Reply

14  in Support of Plaintiffs' Motion for Injunction Following Remand [Docket No. 442] shall be deemed

15  filed as of the date of this Order.  However, the Court will disregard the following sections of the sur-

16  reply: (1) page 2, lines 15 through 28; (2) page 3, lines 1 through 6; (3) Exhibit 1; and (4) Exhibit 2.

17  The Court now considers this matter fully submitted on the papers.  None of the parties may file any

18  further briefing with respect to Plaintiff's Motion for Injunction without first seeking leave of Court and

19  demonstrating the existence of good cause.

20          IT IS SO ORDERED.

21

22

23  Dated: 3/16/06                                                    SAUNDRA BROWN ARMSTRONG
                                                                       United States District Judge

24

25

26

27

28

2