1  KRISTEN L. BOYLES (CSB #158450)
   Earthjustice
2  705 Second Avenue, Suite 203
   Seattle, WA  98104-1711
3  (206) 343-7340
4  (206) 343-1526 *[FAX]*
   kboyles@earthjustice.org
5
6  *Attorney for Plaintiffs*

7  MICHAEL R. SHERWOOD (CSB # 63702)
   Earthjustice
8  426 Seventeenth Street, 5th Floor
   Oakland, CA  94612
9  (510) 550-6725
10 (510) 550-6749 *[FAX]*
   msherwood@earthjustice.org
11
12 *Local Counsel for Plaintiffs*

13
14                    UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
15                            OAKLAND DIVISION

16 | PACIFIC COAST FEDERATION OF          | ) | Civ. No. C02-2006 SBA
   | FISHERMEN'S ASSOCIATIONS,            | ) |
17 | INSTITUTE FOR FISHERIES RESOURCES,   | ) |
   | NORTHCOAST ENVIRONMENTAL             | ) | ORDER GRANTING STIPULATION TO
18 | CENTER, KLAMATH FOREST ALLIANCE,     | ) | CONTINUE STAY OF BRIEFING AND
19 | OREGON NATURAL RESOURCES             | ) | SUBMISSION OF ADDITIONAL
   | COUNCIL, THE WILDERNESS SOCIETY,     | ) | MATERIALS RE APPLICATION FOR
20 | WATERWATCH OF OREGON, DEFENDERS      | ) | ATTORNEYS' FEES AND COSTS
21 | OF WILDLIFE, HEADWATERS, and         | ) |
   | REPRESENTATIVE MIKE THOMPSON,        | ) |
22 |                                      | ) |
   |            Plaintiffs,               | ) |
23 |                                      | ) |
24 |    and                               | ) |
   |                                      | ) |
25 | YUROK TRIBE and HOOPA VALLEY         | ) |
   | TRIBE,                               | ) |
26 |                                      | ) |
27 |        Plaintiff-Intervenors,        | ) |
   |                                      | ) |
28 |    v.                                | ) |

[PROPOSED] ORDER GRANTING STIPULATION TO
CONTINUE STAY OF BRIEFING AND SUBMISSION OF
ADDITIONAL MATERIALS RE APPLICATION FOR
ATTORNEYS' FEES AND COSTS (Civ. No. C02-2006 SBA)    - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

|   |   |   |
|---|---|---|
| 1 | U.S. BUREAU OF RECLAMATION, and | ) |
| 2 | NATIONAL MARINE FISHERIES SERVICE, | ) |
| 3 | Defendants, | ) |
| 4 | and | ) |
| 5 | KLAMATH WATER USERS ASSOCIATION, | ) |
| 6 | Defendant-Intervenors. | ) |

Pursuant to Local Rule 7-11, plaintiffs Pacific Coast Federation of Fishermen's Associations et al. ("PCFFA") and federal defendants have jointly stipulated and requested that the Court continue to stay briefing and submission of additional materials supporting or contesting plaintiffs' application for attorneys' fees and costs in this action. PCFFA has filed a petition under the Equal Access to Justice Act, 28 U.S.C. § 2412, in satisfaction of the statutory deadline. However, as activity in this case is continuing on remand, PCFFA and federal defendants do not want additional fees and costs to be incurred unnecessarily. Accordingly, briefing and submission of additional materials supporting or contesting plaintiffs' application for attorneys' fees and costs is stayed until 30 days after the Court rules on injunctive relief, or until the parties reach a settlement, whichever comes first.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 17 TH  day of  MARCH, 2006.

_____
HON. SAUNDRA B. ARMSTRONG
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE STAY OF BRIEFING AND SUBMISSION OF ADDITIONAL MATERIALS RE APPLICATION FOR ATTORNEYS' FEES AND COSTS (Civ. No. C02-2006 SBA)    - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Presented by:

/s/  Kristen L. Boyles
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104-1711
(206) 343-7340
(206) 343-1526 *[FAX]*
kboyles@earthjustice.org

*Attorney for Plaintiffs*

MICHAEL R. SHERWOOD (CSB # 63702)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA  94612
(510) 550-6725
(510) 550-6749 *[FAX]*
msherwood@earthjustice.org

*Local Counsel for Plaintiffs*


KEVIN V. RYAN
United States Attorney
JAMES A CODA (SBN 1012669) (WI)
Assistant United States Attorney
THOMAS L. SANSONETTI
Assistant Attorney General


/s/  Kristen L. Boyles, for *
S. JAY GOVINDAN, Trial Attorney
Environment & Natural Resources Division
Wildlife & Marine Resources Section
United States Department of Justice
Ben Franklin Station, P.O. Box 7369
Washington, D.C.  20044-7369
(202) 305-0237
(202) 305-0275 *[FAX]*

*Attorneys for Federal Defendants*

\* per electronic mail authorization

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE STAY OF BRIEFING AND SUBMISSION OF ADDITIONAL MATERIALS RE APPLICATION FOR ATTORNEYS' FEES AND COSTS (Civ. No. C02-2006 SBA)    - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*