KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104-1711
(206) 343-7340
(206) 343-1526 *[FAX]*
kboyles@earthjustice.org

*Attorney for Plaintiffs*

MICHAEL R. SHERWOOD (CSB # 63702)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA 94612
(510) 550-6725
(510) 550-6749 *[FAX]*
msherwood@earthjustice.org

*Local Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, INSTITUTE FOR FISHERIES RESOURCES, NORTHCOAST ENVIRONMENTAL CENTER, KLAMATH FOREST ALLIANCE, OREGON NATURAL RESOURCES COUNCIL, THE WILDERNESS SOCIETY, WATERWATCH OF OREGON, DEFENDERS OF WILDLIFE, HEADWATERS, and REPRESENTATIVE MIKE THOMPSON,<br><br>    Plaintiffs,<br><br> and<br><br>YUROK TRIBE and HOOPA VALLEY TRIBE,<br><br>    Plaintiff-Intervenors,<br><br> v. | Civ. No. C02-2006 SBA<br><br>ORDER GRANTING SECOND STIPULATION TO CONTINUE STAY OF BRIEFING AND SUBMISSION OF ADDITIONAL MATERIALS RE APPLICATION FOR ATTORNEYS' FEES AND COSTS |

[PROPOSED] ORDER GRANTING SECOND STIPULATION TO
CONTINUE STAY OF BRIEFING AND SUBMISSION OF
ADDITIONAL MATERIALS RE APPLICATION FOR
ATTORNEYS' FEES AND COSTS (Civ. No. C02-2006 SBA)   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| | |
|---|---|
| 1 | U.S. BUREAU OF RECLAMATION, and ) |
| 2 | NATIONAL MARINE FISHERIES SERVICE, ) |
| 3 | ) Defendants, ) |
| 4 | ) |
| 5 | and ) |
| 6 | KLAMATH WATER USERS ASSOCIATION, ) |
| 7 | ) Defendant-Intervenors. ) |

Pursuant to Local Rule 7-11, plaintiffs Pacific Coast Federation of Fishermen's Associations et al. ("PCFFA") and federal defendants have jointly stipulated and requested that the Court continue to stay briefing and submission of additional materials supporting or contesting plaintiffs' application for attorneys' fees and costs in this action. PCFFA has filed a petition under the Equal Access to Justice Act, 28 U.S.C. § 2412, in satisfaction of the statutory deadline. However, as activity in this case is continuing on remand, PCFFA and federal defendants do not want additional fees and costs to be incurred unnecessarily. Accordingly, briefing and submission of additional materials supporting or contesting plaintiffs' application for attorneys' fees and costs is stayed until 30 days after the Court rules on the pending motions for reconsideration, or until the parties reach a settlement, whichever comes first.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this __24th day of April, 2006.

*[signature: Saundra B. Armstrong]*
HON. SAUNDRA B. ARMSTRONG
United States District Court Judge

[PROPOSED] ORDER GRANTING SECOND STIPULATION TO
CONTINUE STAY OF BRIEFING AND SUBMISSION OF
ADDITIONAL MATERIALS RE APPLICATION FOR
ATTORNEYS' FEES AND COSTS (Civ. No. C02-2006 SBA)    - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

Presented by:

/s/ Kristen L. Boyles
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104-1711
(206) 343-7340
(206) 343-1526 *[FAX]*
kboyles@earthjustice.org

*Attorney for Plaintiffs*

MICHAEL R. SHERWOOD (CSB # 63702)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA 94612
(510) 550-6725
(510) 550-6749 *[FAX]*
msherwood@earthjustice.org

*Local Counsel for Plaintiffs*

KEVIN V. RYAN
United States Attorney
JAMES A CODA (SBN 1012669) (WI)
Assistant United States Attorney
THOMAS L. SANSONETTI
Assistant Attorney General


/s/ Kristen L. Boyles, for *
S. JAY GOVINDAN, Trial Attorney
Environment & Natural Resources Division      * per e-mail authorization
Wildlife & Marine Resources Section
United States Department of Justice
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0237
(202) 305-0275 *[FAX]*

*Attorneys for Federal Defendants*

[PROPOSED] ORDER GRANTING SECOND STIPULATION TO
CONTINUE STAY OF BRIEFING AND SUBMISSION OF
ADDITIONAL MATERIALS RE APPLICATION FOR
ATTORNEYS' FEES AND COSTS (Civ. No. C02-2006 SBA)   - 3 -