1  KRISTEN L. BOYLES (CSB #158450)
   Earthjustice
2  705 Second Avenue, Suite 203
3  Seattle, WA  98104-1711
   (206) 343-7340
4  (206) 343-1526 *[FAX]*
   kboyles@earthjustice.org
5
6  *Attorneys for Plaintiffs*

7  MICHAEL R. SHERWOOD (CSB # 63702)
   Earthjustice
8  426 Seventeenth Street, 5th Floor
   Oakland, CA  94612
9  (510) 550-6725
10 (510) 550-6749 *[FAX]*
   msherwood@earthjustice.org
11
12 *Local Counsel for Plaintiffs*

13

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, INSTITUTE FOR FISHERIES RESOURCES, NORTHCOAST ENVIRONMENTAL CENTER, KLAMATH FOREST ALLIANCE, OREGON NATURAL RESOURCES COUNCIL, THE WILDERNESS SOCIETY, WATERWATCH OF OREGON, DEFENDERS OF WILDLIFE, HEADWATERS, and REPRESENTATIVE MIKE THOMPSON,<br><br>      Plaintiffs,<br><br>  and<br><br>YUROK TRIBE and HOOPA VALLEY TRIBE,<br><br>      Plaintiff-Intervenors,<br><br>    v. | Civ. No. C02-2006 SBA<br><br>ORDER RE TELEPHONIC HEARING |

[PROPOSED] ORDER RE TELEPHONIC HEARING
Civ. No. C02-2006 SBA    - 1 -

|   |   |
|---|---|
| 1 | ) |
| 2 | U.S. BUREAU OF RECLAMATION, and ) <br> NATIONAL MARINE FISHERIES SERVICE, ) |
| 3 | ) <br> Defendants, ) |
| 4 | ) |
| 5 | and ) <br> ) |
| 6 | KLAMATH WATER USERS ASSOCIATION, ) |
| 7 | ) <br> Defendant-Intervenors. ) <br> ) |

This matter comes before the Court on the parties' stipulation that a hearing on the pending motions for reconsideration be held telephonically, if necessary.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED at Oakland, California this __16TH___ day of May, 2006.

_____
THE HONORABLE SAUNDRA B. ARMSTRONG
JUDGE, U.S. DISTRICT COURT

Presented by:

/s/  Kristen L. Boyles
KRISTEN L. BOYLES (CSB #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104-1711
(206) 343-7340
(206) 343-1526 *[FAX]*
kboyles@earthjustice.org

*Attorney for Plaintiffs*

[PROPOSED] ORDER RE TELEPHONIC HEARING
Civ. No. C02-2006 SBA   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

MICHAEL R. SHERWOOD (CSB # 63702)
Earthjustice
426 Seventeenth Street, 5th Floor
Oakland, CA 94612
(510) 550-6725
(510) 550-6749 *[FAX]*
msherwood@earthjustice.org

*Local Counsel for Plaintiffs*


/s/  Kristen L. Boyles, for *
CURTIS G. BERKEY
SCOTT W. WILLIAMS
Alexander, Berkey, Williams & Weathers, LLP
2030 Addison Street, Suite 410
Berkeley, CA 94704
(510) 548-7070
(510) 548-7080 *[FAX]*
cberkey@abwwlaw.com
swilliams@abwwlaw.com

*Attorneys for Plaintiff-Intervenors Yurok Tribe*


/s/  Kristen L. Boyles, for *
THOMAS P. SCHLOSSER
ROB ROY SMITH
Morisset Schlosser Jozwiak & McGaw
801 Second Avenue, Suite 1115
Seattle, WA 98104-1509
(206) 386-5200
(206) 386-7322 *[FAX]*
t.schlosser@msaj.com
r.smith@msaj.com

* per email authorization

[PROPOSED] ORDER RE TELEPHONIC HEARING
Civ. No. C02-2006 SBA   - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

GRETT L. HURLEY
Office of Tribal Attorney
Hoopa Valley Tribe
P.O. Box 188
Hoopa, CA  95546
(530) 625-4211
(530) 625-4847 *[FAX]*
hoopalaw@pcweb.net

*Attorneys for Plaintiff-Intervenors Hoopa Valley Tribe*


KEVIN V. RYAN
United States Attorney
JAMES A CODA (SBN 1012669) (WI)
Assistant United States Attorney
THOMAS L. SANSONETTI
Assistant Attorney General


/s/  Kristen L. Boyles, for *
S. JAY GOVINDAN, Trial Attorney
Environment & Natural Resources Division
Wildlife & Marine Resources Section
United States Department of Justice
Ben Franklin Station, P.O. Box 7369
Washington, D.C.  20044-7369
(202) 305-0237
(202) 305-0275 *[FAX]*

*Attorneys for Federal Defendants*


/s/  Kristen L. Boyles, for *
ROBIN L. RIVETT
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, CA  95834
(916) 419-7111
(916) 419-7747 *[FAX]*
rlr@pacificlegal.org

* per email authorization

[PROPOSED] ORDER RE TELEPHONIC HEARING
Civ. No. C02-2006 SBA   - 4 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

RUSSELL C. BROOKS
Pacific Legal Foundation
10940 N.E. 33rd Place, Suite 109
Bellevue, WA  98004
(425) 576-0484
(425) 576-9565 *[FAX]*
rb@pacificlegal.org

*Attorneys for Defendant-Intervenor
Klamath Water Users Association*

[PROPOSED] ORDER RE TELEPHONIC HEARING
Civ. No. C02-2006 SBA   - 5 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*