UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMAN'S ASSOCIATIONS, et al., | No. C 02-2006 SBA |
| Plaintiffs, | **ORDER** |
| YUROK TRIBE, et al., | [Docket No. 468] |
| Intervenors, | |
| v. | |
| UNITED STATES BUREAU OF RECLAMATION, et. al., | |
| Defendants. | |

On June 14, 2006, the parties in the above-captioned matter submitted a stipulated request asking the Court to continue to stay the briefing and submission of further materials supporting or contesting Plaintiffs' application for attorney's fees and costs for an additional thirty days. In support of their request, the parties state that they have reached a settlement in principle over the attorney's fees and costs, but need additional time to finalize the details of the settlement.

For good cause showing,

IT IS HEREBY ORDERED THAT the stipulated request [Docket No. 468] is GRANTED IN PART. The briefing on Plaintiffs' application for attorney's fees and costs is stayed until July 25, 2006. Thereafter, the following briefing schedule shall apply:

(1) Plaintiffs shall file their supplemental application, with any additional materials supporting the application, on or before July 25, 2006;

(2) Defendants shall their opposition on or before August 8, 2006;

(3) Plaintiff shall file their reply on or before August 15, 2006.

IT IS SO ORDERED.

Dated: 6/20/06

SAUNDRA BROWN ARMSTRONG
United States District Judge