KRISTEN L. BOYLES
EARTHJUSTICE
705 Second Avenue, Suite 203
Seattle, WA 98104-1711
(206) 343-7340 (phone) / (206) 343-1526 (fax)
kboyles@earthjustice.org

**Attorney for Plaintiffs**

SUE ELLEN WOOLDRIDGE, Assistant Attorney General
S. JAY GOVINDAN, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202)305-0237 (tel) / (202)305-0275 (fax)
jay.govindan@usdoj.gov

**Attorneys for Defendants**

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DECISION**

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, *et al.*, | Civil No. 02-2006 SBA |
| Plaintiffs, | **JOINT STIPULATION REGARDING PLAINTIFFS' CLAIM FOR ATTORNEYS' FEES AND COSTS AND ORDER** |
| and | |
| YUROK TRIBE and HOOPA VALLEY TRIBE, | |
| Plaintiff-Intervenors, | |
| v. | |
| UNITED STATES BUREAU OF RECLAMATION, and NATIONAL MARINE FISHERIES SERVICE, | |
| Defendants, | |
| and | |
| KLAMATH WATER USERS ASSOCIATION, | |
| Defendant-Intervenors. | |

Plaintiffs, Pacific Coast Federation of Fishermen's Associations, et al., and Defendants U.S. Bureau of Reclamation ("Reclamation"), and the National Marine Fisheries Service ("NMFS") (collectively "Federal Defendants"), state the following:

WHEREAS, Plaintiffs brought this action under the Endangered Species Act and Administrative Procedure Act to challenge the 2002 biological opinion issued by NMFS for Reclamation's operation of the Klamath Project;

WHEREAS, on July 14, 2003, the Court granted in part and denied in part Plaintiffs' motion for summary judgment, and held that the Phase III flows in NMFS's 2002 biological opinion were arbitrary and capricious, but declined to require any modification of the Phase I or Phase II flows;

WHEREAS, on October 18, 2005, the Ninth Circuit determined that NMFS had not conducted the requisite analysis for the Phase I and Phase II flows and remanded the matter to the district court for the issuance of an appropriate injunction;

WHEREAS, the mandate issued on December 30, 2005;

WHEREAS, on March 25, 2006, this Court granted Plaintiffs' motion for injunction following remand;

WHEREAS, on May 25, 2006, this Court granted Federal Defendants' motion for reconsideration pursuant to Fed. R. Civ. P. 59(e);

WHEREAS, on April 6, 2005 and Plaintiffs filed a motion for attorneys' fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, for fees and costs incurred in litigating this action;

WHEREAS, Plaintiffs and Federal Defendants agree that it is in the interest of the parties and judicial economy to settle Plaintiffs' claim for attorneys' fees and costs in this action without further litigation; and

WHEREAS, the parties enter this Stipulation without any admission of fact or law, or waiver of any claims or defenses, factual or legal.

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

1. This motion is jointly submitted in accordance with the Federal Rules of Civil Procedure, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and the parties move this Court to approve this stipulation and sign the enclosed order.

2. Subject to the provisions in paragraph 4 below, Federal Defendants agree to settle all of Plaintiffs' claims for costs and attorneys' fees related to the challenge to NMFS's 2002 Klamath Project biological opinion in the above-captioned litigation for a total of $192,000.00. Federal Defendants will issue a check in that amount or, as appropriate, make a wire transfer to the specified account of:

> Earthjustice
> 705 Second Avenue, Suite 203
> Seattle, WA 98104-1711

3. Plaintiffs agree to accept payment of $ 192,000.00 in full satisfaction of any and all claims for attorneys' fees and costs of litigation related to the above-captioned litigation, through and including the date of this agreement.

4. This agreement does not apply to any fees that may result from work on a future appeal of this matter to the United States Court of Appeals for the Ninth Circuit. The parties agree that should Plaintiffs prevail on appeal, this agreement is without prejudice to Plaintiffs' right to seek attorneys' fees and costs related to any appeal subsequent to the date of this agreement. Federal Defendants reserve all arguments and defenses with respect to any such future fee application.

5. Federal Defendants agree to submit all necessary paperwork to funding authorities at the Department of the Treasury within ten (10) business days of receipt of the signed court order approving this stipulation.

6. This stipulation as to attorneys' fees and costs has no precedential value and its contents shall not be used as evidence in any other attorneys' fees litigation. By this agreement, Federal Defendants do not waive any right to contest fees claimed by Plaintiffs or Plaintiffs' counsel, including the hourly rate, in any future litigation.

7. In an e-mail dated July 19, 2006, Counsel for the Plaintiffs, Kristen Boyles, authorized S. Jay Govindan, counsel for the Federal Defendants, to sign this joint stipulation and enter it in the ECF system.

IT IS SO STIPULATED.

Dated: July 21, 2006                      Dated: July 21, 2006

| /s/ | /s/ |
|---|---|
| KRISTEN L. BOYLES, Staff Attorney | S. JAY GOVINDAN, Trial Attorney |
| Earthjustice | United States Department of Justice |
| 705 Second Ave., Suite 203 | Environment & Natural Resources Division |
| Seattle, WA 98104-1711 | Wildlife & Marine Resources Section |
|  | Ben Franklin Station, P.O. Box 7369 |
| Tel: (206) 343-7340 | Washington, D.C. 20044-7369 |
| Fax: (206) 343-1526 | Tel: (202) 305-0237 |
|  | Fax: (202)305-0275 |
| Attorney for Plaintiffs | Attorney for Federal Defendants |

**ORDER**

The Court hereby approves and orders each and every term of this stipulated settlement.

IT IS SO ORDERED.

Dated this 7th day of August, 2006.

*Saundra B Armstrong*

Hon. Saundra Brown Armstrong

United States District Judge

- 4 -